Edward KLAUBER, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

No. 5.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1937.

Walter Mendelsohn and Wilbur H.
Friedman, both of New York City (Pros-
kauer, Rose & Paskus, of New York City,
of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen.,
and Sewall Key and Berryman Green, Sp.
Assts. to the Atty. Gen., for respondent.

Before L. HAND, SWAN, and AU-
GUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed on the authority of
Johnston v. Commissioner (C.C.A.) 86 F.
2d 732, and Davis v. United States (C.C.
A.) 87 F.2d 323.

Frank KNIGHT v. UNITED STATES of
America.

No. 7406.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1937.

Oscar A. Riopelle, of Detroit, Mich.,
for appellant.

John C. Lehr, of Detroit, Mich., for
the United States.

Before HICKS, SIMONS, and AL-
LEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion
to dismiss appeal has been filed by appel-
lee, accompanied by certificate of the clerk
of the District Court as provided by rule
18, and it further appearing that appellant
has failed to file the record by or before
the return day, on consideration where-
of, it is ordered that the appeal be, and
the same is hereby, dismissed.

Clarence H. KNISELY, Treasurer of the
State of Ohio, Appellant, v. CAPITAL
ENDOWMENT COMPANY, Debtor, Ap-
pellee.

No. 7804.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1937.

Herbert S. Duffy, of Columbus, Ohio,
and John W. Gleason, of Cleveland, Ohio,
for appellant.

Bulkley, Hauxhurst, Inglis & Sharp,
of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and AL-
LEN, Circuit Judges.

PER CURIAM.

Upon application of appellant, it is or-
dered that the appeal be, and the same is,
dismissed at the costs of appellant.

Appeal dismissed.

Samuel KOHLER, Appellant, v. I. B. BEE-
SHY, as Liquidating Trustee, etc.,
Appellee.

Circuit Court of Appeals, Sixth Circuit.

Nov. 3, 1937.

Elmer McClain, of Lima, Ohio, for
appellant.

R. S. Steiner, of Lima, Ohio, for
appellee.

Before MOORMAN, HICKS, and SI-
MONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this
cause be, and the same is, dismissed, pur-
suant to motion of appellant.